**Entered on Docket
December 07, 2009**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-76726

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-09-27759-mkn |
| Edgardo Mallari and Elizabeth Mallari | Date:  11/10/09<br>Time: 9:30 a.m. |
| Debtors | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 8338 Gardenia Hills Avenue, Las Vegas, NV 89178, and legally described as follows:

> Lot 175, of final map of MONTEREY MANOR AND COVE AT MOUNTAIN'S EDGE, as shown by Map thereof on file in Book 119 of Plats, Page 8, in the office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1  the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured

2  Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

3        DATED this _____ day of _____, 2009.

4  Submitted by:

5  **WILDE & ASSOCIATES**

6  By:___/s/Gregory L. Wilde, Esq_____

7  **Gregory L. Wilde, Esq.**
   Attorney for Secured Creditor

8  208 South Jones Boulevard
   Las Vegas, Nevada 89107

9
   APPROVED / DISAPPROVED

10

11 By:_____
   Laura L. Fritz

12 625 South Sixth Street
   Las Vegas, NV 89101

13 Attorney for Debtor(s)

14 Nevada Bar No:_____

15

16 APPROVED / DISAPPROVED

17 By:_____
   Kathleen A Leavitt

18 201 Las Vegas Blvd., So. #200
   Las Vegas, NV  89101

19 Chapter 13 Trustee

20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _x_ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _x_ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor